# United States District Court
## For The Western District of North Carolina
### Charlotte Division

JAMARRA RICO SMITH,

                Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                          3:09-CV-140-MU-2

STATE OF NORTH CAROLINA,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 9, 2009 Order.

Signed: April 9, 2009

Frank G. Johns, Clerk
United States District Court